IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00574-PSF-MEH

DONIK SPORTS, INC., an Illinois corporation,

    Plaintiff,

v.

PRO PERFORMANCE SPORTS, LLC, a California limited liability company,

    Defendant.

## ORDER RE FILING OF DISMISSAL PAPERS

This matter is before the Court on the parties' Notice of Settlement (Dkt. # 15), filed June 30, 2006.  Upon review, the Court will treat this "notice" as a motion to stay deadlines and hereby ORDERS that all pending deadlines in this matter are VACATED.

IT IS FURTHER ORDERED that the parties are to file dismissal papers <u>on or before</u> **Friday, July 28, 2006**.

DATED: July 6, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge